1 STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 83013)
2 LISA M. SIMONETTI (State Bar No. 165996)
JASON S. YOO (State Bar No. 261114)
3 ARJUN P. RAO (State Bar No. 265347)
2029 Century Park East
4 Los Angeles, CA  90067-3086
Telephone:  310-556-5800
5 Facsimile:  310-556-5959
Email: lacalendar@stroock.com
6

7 Attorneys for Defendant
  AMERICAN EXPRESS COMPANY
8

9 **UNITED STATES DISTRICT COURT**

10 **CENTRAL DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| BRIAN WEINER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN EXPRESS COMPANY, a foreign corporation; and DOES 1 to 10, inclusive,<br><br>　　　　Defendant(s). | Case No. CV13-4915-CBM-(FFMx)<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint served:  July 24, 2013 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** plaintiff Brian Weiner ("Plaintiff"), on the one hand, and defendant American Express Company ("American Express"), on the other, have reached a settlement in principle, which will result in the dismissal of American Express from this action with prejudice. Plaintiff and American Express currently are negotiating the terms of a settlement agreement and expect that the settlement documentation and the obligations of the parties thereunder will be finalized within the next forty five (45) days. Accordingly, the parties respectfully request that American Express's October 11, 2013 deadline to respond to the Complaint be taken off calendar, and that this Court set a status conference re: dismissal approximately 45 days from the date of this Notice.

Dated: October 3, 2013

PRICE LAW GROUP, APC
G. THOMAS MARTIN, III
DARIN S. SHAW

By:  *Darin S. Shaw*
     Darin S. Shaw

Attorneys for Plaintiff
BRIAN WEINER

Dated: October 3, 2013

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
LISA M. SIMONETTI
JASON S. YOO
ARJUN P. RAO

By:  *Jason S. Yoo*
     Jason S. Yoo

Attorneys for Defendant
AMERICAN EXPRESS COMPANY

- 1 -

NOTICE OF SETTLEMENT
Case No. CV13-4915-CBM-(FFMx)

LA 51687809

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067–3086

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2013, a copy of the foregoing **NOTICE OF SETTLEMENT** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's EM/ECF System.

*/s/ Jason S. Yoo*
Jason S. Yoo

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

- 2 -

NOTICE OF SETTLEMENT
Case No. CV13-4915-CBM-(FFMx)

LA 51687809