1   PRICE LAW GROUP, APC
2   G. Thomas Martin, III (SBN 218456)
    15760 Ventura Blvd., Suite 1100
3   Encino, California 91436
4   Telephone: 818.907.2030
    Facsimile: 818.205.3730
5   tom@plglawfirm.com

6
    Attorney for Plaintiff
7   BRIAN WEINER

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10  BRIAN WEINER,                        Case No. CV13-4915-CBM-(FFMx)

11              Plaintiff,               **ORDER OF DISMISSAL WITH
                                         PREJUDICE[JS-6]**
12
13          v.

14  AMERICAN EXPRESS COMPANY, a
    foreign corporation; and DOES 1 to 10,
15  inclusive,

16              Defendant(s).
17

18
            PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of
19
    Plaintiff BRIAN WEINER against Defendant AMERICAN EXPRESS COMPANY,
20
    are dismissed, with prejudice. Plaintiff BRIAN WEINER and Defendant
21
    AMERICAN EXPRESS COMPANY shall each bear their own costs and attorneys'
22
23  fees.

24          IT IS SO ORDERED.

25
26  DATED: Nov. 27, 2013          _                              ____
27                                HONORABLE CONSUELO B. MARSHALL
                                  UNITED STATES DISTRICT JUDGE
28

    _____
                    STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
                                              Case No. CV13-4915-CBM-(FFMx)